# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROBLEDO,<br><br>   Petitioner,<br><br>   v.<br><br>CONNIE GIPSON, Warden,<br><br>   Respondent. | Case No. CV 12-9622 SVW (MRW)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: October 8, 2015

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE